| Case No. | EDCV 10-1583 CAS (AJWx) | Date | May 26, 2011 |
|---|---|---|---|
| Title | ROBERT PICKLE; ET AL. v. WASHINGTON MUTUAL BANK/CHASE BANK NA; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   **(In Chambers:) ORDER DISMISSING ACTION WITH PREJUDICE**

On October 15, 2010, plaintiffs Robert and Debra Pickle filed the instant action against Chase Home Finance LLC, erroneously sued as Washington Mutual Bank/Chase Bank NA ("Chase"); Delson Mortgage Corporation, a California corporation ("Delson Mortgage"); Delson Financial ("Delson Financial"); Sonoma Conveyancing Corporation ("Sonoma Conveyancing"); and North American Mortgage Corporation ("NAMC") (collectively, "defendants"). Plaintiffs' complaint advances seven claims for relief which are styled as: (1) violation of due process as a cognovit note; (2) to set aside a wrongful foreclosure; (3) TILA violations; (4) injunctive relief; (5) statutory damages; (6) fraud; and (7) quiet title.

On March 1, 2011, the Court granted Chase's motion to dismiss plaintiffs' federal law claims without prejudice, and directed plaintiffs to file an amended complaint within thirty (30) days after the filing of the March 1, 2011 Order. See Dkt. 31. The Court admonished plaintiffs that in the event they did not file an amended complaint within thirty (30) days, the Court would dismiss the action with prejudice. See id.

Plaintiffs were required to file an amended complaint on or before March 31, 2011, and have not done so. Accordingly, the Court DISMISSES plaintiffs' action with prejudice.

IT IS SO ORDERED.

00 : 00

| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | | O |
|---|---|---|---|---|
| | **CIVIL MINUTES - GENERAL** | | | **JS-6** |
| Case No. | EDCV 10-1583 CAS (AJWx) | | Date | May 26, 2011 |
| Title | ROBERT PICKLE; ET AL. v. WASHINGTON MUTUAL BANK/CHASE BANK NA; ET AL. | | | |

Initials of Preparer     CMJ